IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| FREDERICK SLATHER, | ) ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:17-cr-00115-SLG |

### AFFIDAVIT OF ATTORNEY

| | |
|---|---|
| STATE OF ALASKA | ) |
| | )SS |
| THIRD JUDICIAL DISTRICT | ) |

Brian Heady, being first duly sworn, deposes and states:

1. I am the CJA appointed counsel for Frederick Slather.

2. I affirm that the statements made in the Motion to Continue the Sentencing Hearing for at least 6 months are true and correct to the best of my knowledge.

Further Affiant Sayeth Naught

_____
Brian Heady

Subscribed and Sworn to before me this ___ day of January, 2020 in Anchorage, Alaska.

_____
Notary Public in and for Alaska
My Commission Expires: 2/6/2023

USA v. Frederick Slather, 3:17-cr-00115
Affidavit of Attorney
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 1, 2020, a copy of the foregoing was served electronically on:

William Taylor, AUSA

s/ Brian D. Heady

USA v. Frederick Slather, 3:17cr-00115
Affidavit of Attorney
Page 2 of 2