# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FREDERICK JAMES SLATHER,<br><br>    Defendant. | Case No. 3:17-cr-00115-SLG |

## ORDER RE MOTION FOR FINAL ORDER OF FORFEITURE

Plaintiff's motion for forfeiture at Docket 162 is GRANTED and the Court finds as follows:

WHEREAS on February 13, 2018, defendant FREDERICK JAMES SLATHER pled guilty and admitted to the Criminal Forfeiture Allegation in the Indictment and Plea Agreement;

AND WHEREAS this Court found that defendant's interest, if any, in the following property is subject to forfeiture, pursuant to 18 U.S.C. § 924(d)(1), as incorporated by 28 U.S.C. § 2461(c), because it constitutes any property, real or personal: that was used or intended to be used to commit or to facilitate defendant's violation of 18 U.S.C. §§ 922(g); and/or constituting or derived from any proceeds that defendant obtained, directly or indirectly, as a result of such violation, including without limitation:

**Ruger Mark II .22 LR semi-automatic pistol, serial no. 212-61245;**

**Ruger Mark II .22 LR semi-automatic pistol, serial no. 223-47661, and;**

**Remington 870 12 gauge pump-action shotgun, serial no. X040396M;**

AND WHEREAS, on February 15, 2018, this Court entered a Preliminary Order of Forfeiture, forfeiting to the United States defendant's interest, if any, in the above-listed property;

AND WHEREAS, notice of the Preliminary Order of Forfeiture was published on the official government forfeiture website, www.forfeiture.gov, for at least 30 consecutive days commencing on February 16, 2018;

AND WHEREAS, in accordance with Fed. R. Crim. P. 32.2(b)(6), the government was prepared to send notice of forfeiture to all potentially interested parties by means reasonably calculated to reach potential claimants, but was otherwise unable to identify any particular individual or entity that might have had a potential claim;

AND WHEREAS, no petitions of interest, claims, or other requests for an ancillary hearing with regard to the above-referenced property were filed with this Court by an individual or entity within the time allowed by law;

Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED:

All right, title, and interest to the above-referenced property, is hereby condemned, forfeited to, and shall be vested in the United States of America, and shall be disposed of according to law by the United States Marshals Service and/or the Federal Bureau of Investigation.

Case No. 3:17-cr-115, *United States v. Slather*
Order re Motion for Final Order of Forfeiture
Page 2 of 3
Case 3:17-cr-00115-SLG-MMS   Document 163   Filed 09/11/23   Page 2 of 3

DATED this 11th day of September, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:17-cr-115, *United States v. Slather*
Order re Motion for Final Order of Forfeiture
Page 3 of 3
Case 3:17-cr-00115-SLG-MMS   Document 163   Filed 09/11/23   Page 3 of 3